UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Mag. No.06-30 C |
| ) | |
| MICHAEL LOVELY ) | |

ORDER OF DETENTION

The Court has conducted a detention hearing on the Government's motion seeking the pretrial detention of Michael Lovely, against whom a complaint was filed on July 3, 2006 charging him with being a convicted felon knowingly in possession of ammunition which had passed in and affecting interstate commerce.  The Government asserts that the defendant presents a serious risk of flight and a danger to the community if he were to be released.

The Government's evidence included the Pretrial Services Report dated July 7, 2006, as well as the record of the preliminary examination hearing also conducted this date. The defendant presented no additional evidence, though through his counsel he urged that the Court release him on his personal recognizance (or, alternatively a modest monetary bail), together with other unspecified conditions.

The Government alleges that defendant and his roommate were

involved in drug trafficking, although defendant has not been so charged. During the execution of a search warrant of defendant's apartment, a box of 12 gauge shotgun shells and three rounds of 30/30 ammunition, which is the subject of this complaint, was seized from within a crawl space accessible only from defendant's bedroom. If convicted, the defendant could be imprisoned for as much as 10 years, although at the hearing Government counsel indicated that the defendant, who has three prior felony convictions, may be eligible for a minimum mandatory term of fifteen years as a career criminal. Moreover, there are four outstanding warrants pending against defendant from the Sate of Florida, one active arrest warrant and three violation of probation warrants. As disclosed by the Pretrial Services Report, defendant has no stable employment, limited ties to the community, and few strong family bonds. The incentive to flee is great.

   I also find that the defendant poses a danger to the safety of the community.  His prior criminal record of arrests and convictions is extensive and includes convictions for escape, robbery (two), larceny, theft by unauthorized taking, fraud, and assault.  At least one active arrest warrant is pending against the Defendant in Pasco County Court, Florida.  It appears defendant has no legitimate means of income and is involved, in some degree, in drug trafficking.  The confidential witness, whose information was the basis for much of aforementioned search warrant, disclosed that he personally observed defendant receive

one and two pound deliveries of marijuana at the apartment which defendant stored in a safe in his bedroom.  While no drugs were found in defendant's bedroom, the ATF Special Agent McNeil testified that an "overpowering" odor of marijuana emanated from the safe when it was opened (and that other evidence of drug dealing was found in the common kitchen area and in defendant's roommate's bedroom).

It is therefore <u>ORDERED</u> that the defendant by detained pending trial.  Michael Lovely is hereby committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appearance; that he be afforded reasonable opportunity for private consultation with his counsel; and that on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

So ORDERED.

<u>/s/ William S. Brownell</u>
United States Magistrate Judge

Dated at Portland, Maine this 11th day of July, 2006.